1 MCGREGOR W. SCOTT
United States Attorney
2 JONATHAN B. CONKLIN
Assistant U.S. Attorney
3 3654 Federal Building
1130 "O" Street
4 Fresno, California 93721
Telephone: (559) 498-7272
5

6             IN THE UNITED STATES DISTRICT COURT FOR THE

7                   EASTERN DISTRICT OF CALIFORNIA

8

9 UNITED STATES OF AMERICA,      )      CR. F. NO. 03-5354 REC
                                 )
10                 Plaintiff,     )
                                 )      STIPULATION TO CONTINUE
11      v.                       )      HEARING
                                 )      (Order Thereon)
12                               )
                                 )
13 RANLETT SCOTT GODFREY,        )
                                 )
14                 Defendant.    )
                                 )
15 _____)

16

17      It is hereby stipulated by and between the parties that the

18 sentencing hearing set for April 25, 2005, shall be continued to

19 May 31, 2005.  This continuance is necessary due to allow the

20 //

21 //

22 //

23 //

24 //

25 //

26 //

27 //

28

1

1 | government additional time to respond to the defendant's

2 | sentencing memorandum.

3

4 | MCGREGOR W. SCOTT
  | United States Attorney

5

6 | DATED: April 20, 2005          By,   Jonathan B. Conklin

7 | JONATHAN B. CONKLIN
  | Assistant U.S. Attorney

8

9

10 | DATED: April 20, 2005          By,    Alan Baum
   | ALAN BAUM

11 | Attorney for Defendant
   | Ranlett Godfrey

12

13

14

15 | IT is hereby ordered that the sentencing hearing currently set

16 | for April 25, 2005, shall be continued to May 31, 2005 at

17 | 10:00am, to allow additional time for the filing of the

18 | government's response to defendant's sentencing memorandum.   IT

19 | is further ordered that time shall be excluded pursuant to 18

20 | U.S.C. § 3161.

21

22 | DATE: April 20, 2005              /s/ ROBERT E. COYLE

23 | Robert E. Coyle
   | Senior United States District
   | Court Judge

24

25

26

27

28

2