```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,    )
                             )
             Plaintiff       )      CR F-03-5354 OWW
                             )
    v.                       )
                             )
RANLETT SCOTT GODFREY,       )
                             )
             Defendant       )      ORDER RECOMMENDING FACILITY
_____)
```

The Court recommends that the defendant be incarcerated at the facility in Atwater, California, but only insofar as it accords with security classification and space availability.

```
Dated: August 12, 2005              /s/ OLIVER W. WANGER
                                    _____
                                    OLIVER W. WANGER
                                    United States District Judge
```

1