1  California Department of Justice
2  Bureau of Investigation
3  4949 Broadway, Room B222
4  Sacramento, CA  95820
5

| | | |
|---|---|---|
| 6  SUPERIOR COURT OF CALIFORNIA | ) | REQUEST AND ORDER FOR |
| 7  | ) | DESTRUCTION OF |
| 8  | ) | CONTRABAND AND |
| 9  | ) | RETURN OF PROPERTY |
| 10 UNITED STATES DISTRICT COURT | ) | **03-10106-01I** |
| 11 EASTERN DISTRICT OF CALIFORNIA | | 1:03-cr-05354-AWI |

12      The California Department of Justice, Bureau of Investigation, Sacramento

13 Office, requests court authorization to destroy the contraband, controlled substances,

14 And, paraphernalia seized in connection with the attached investigative case pursuant to Health

15 and Safety Code Sections 11473, 11473.5 and 11474.  The criminal prosecution, in which this

16 contraband was evidence, has been concluded and the evidence is no longer required.

17      Per this Court Order, the California Department of Justice will destroy the contraband,

18 controlled substances, clandestine laboratory samples and paraphernalia.  Further, the California

19 Department of Justice will return all other property to the rightful owner pursuant to Penal Code

20 Section 1411.

21                                             Respectfully submitted,

22                                             *Rebecca Blote*

23                                             Rebecca Blote
24                                             Property Controller II

25 Dated: 6/18/15

26 **ORDER**

27 It is hereby ordered that the California Department of Justice, Bureau of Investigation, is
28 authorized in accordance with Section 11473, 11473.5, 114747 of the Health and Safety Code
29 and Section 1411 of the Penal Code of the State of California to destroy the evidence in the
30 investigative case listed below and any personal property that was not unlawfully possessed or
31 used in the commission of a crime will be released to the entitled owner upon proper application.

32

33 _____
34 Judge of the United States District Court
35 Eastern District of California
36 Dated: 6-18-15

## UNITED STATES DISTRICT COURT – EASTERN DISTRICT

REQUEST FOR DESTRUCTION OF EVIDENCE AND/OR RETURN OF PROPERTY RELATING TO THE FOLLOWING INVESTIGATIVE CASE:

| INVESTIGATION TITLE | CASE NUMBER |
|---|---|
| GODFREY, R | 03-10106-01I |



**COURT ORDER ATTACHMENT**

| INVESTIGATION #: | 03-10106-01I | INVESTIGATION NAME: | GODFREY, R |
|---|---|---|---|
| CASE AGENT: | FARIS, TERA | EVIDENCE NUMBER | 2003-0038 |
| DATE OF SEIZURE: | 8/5/2003 | ADDRESS: | 10314 CEMETERY ST COULTERVILLE, CA 95311 |
| COURT JURISDICTION: | MARIPOSA COUNTY 34 | | |

| DISPO | PKG # | DESCRIPTION |
|---|---|---|
| | 01 | ITEM #1 - (2) TWO 3.5" FLOPPY DISKS CONTAINING IMAGES OF CHILD SEXUAL ABUSE REC'D FROM ILLINOIS PD. HARD COPIES INCLUDED |
| | 02 | ITEM #2 - CHECK BOOK |
| | 03 | ITEM #3 - NOTE |
| | 04 | ITEM #4 - (10) TEN VIDEO TAPES |
| | 05 | ITEM #5 - (25) TWENTY FIVE CD'S, (16) SIXTEEN FLOPPY DISKS 3.5" |
| | 06 | ITEM #6 - B/W COMPOSITION NOTEBOOK |
| | 07 | ITEM #7 - CPU - GATEWAY, S/N 00023756024 W/3.5 FLOPPY DISK IN DISK DRIVE, AND CD IN CDR DRIVE |
| | 08 | ITEM #8 - CREATIVE USB WEB CAM |
| | 09 | ITEM #9 - LAPTOP, COMPAQ PERSARIO S/N V740BQC24936 |
| | 10 | ITEM #10 - (13) THIRTEEN VIDEOTAPES IN N/W ROOM ON NORTH SHELVES |
| | 11 | ITEM #11 - (9) NINE VIDEOTAPES IN S/W (MASTER) BEDROOM ON TV CABINET |
| | 12 | ITEM #12 - RECEIPT FROM AUTO WEST & DMV REGISTRATION |
| | 13 | ITEM #13 - (2) TWO CASETTE TAPES FOR TAPED INTERVIEW ON 8/07/03 0918HRS |
| | 14 | ITEM #14 - (2) TWO 3.5" FLOPPY DISKS CONTAINING BEFORE & AFTER S/W PHOTOS. HARD COPIES INCLUDED |
| | 15 | ITEM #15 - (1) ONE 3.5" FLOPPY DISK FROM MSN HOTMAIL CONTAINING SEARCH WARRANT RESULTS FOR SCREEN NAME RANLETT_S@HOTMAIL.COM |
| | 16 | ITEM #16 - (1) ONE CASSETTE TAPE OF INTERVIEW OF MAGNUM GODFREY ON 8/07/03 AT 0923HRS |

**DISPO CODE:** (Indicate by each Item)
K: (Keep)  D: (Destroy)  C: (Convert)  R: (Return to Agency/Subject)